FILED
OCT 28 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6  UNITED STATES BANKRUPTCY COURT
7  EASTERN DISTRICT OF CALIFORNIA
8
9  In re                              ) Case No. 05-30545-C-7
                                      )
10 JESSICA V. MORALES,                ) DC No. JMS-1
                                      )
11         Debtor.                    )
                                      )
12 _____

13
            **FINDINGS OF FACT AND CONCLUSIONS OF LAW**
14          **ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

15
     These findings of fact and conclusions of law are rendered
16
in this contested matter pursuant to Federal Rule of Civil
17
Procedure 52 as incorporated by Federal Rules of Bankruptcy
18
Procedure 7052 and 9014.
19

20
                          Jurisdiction
21
     Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a
22
core proceeding.  28 U.S.C. § 157(b)(2)(G).
23

24
                         Findings of Fact
25
     Debtor filed this voluntary chapter 7 petition on August
26
26, 2005.  Debtor scheduled real property commonly known as
27
8719 Vision Place, Louisville, Kentucky ("the property") as an
28



asset of the estate. The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtor.

On September 26, 2005, Mortgage Electronic Registration Systems, Inc. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to commence foreclosure proceedings against the property. The motion and declaration establish that the debtor owes the movant approximately $119,000. The value of the property is approximately $129,000.

A hearing was scheduled for October 25, 2005 to consider the motion. Upon review of the record, the court decided to submit the matter on the record presented and removed the matter from calendar.

## Conclusions of Law

The automatic stay of acts against the debtor in personam and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c). However, the automatic stay may be terminated earlier if debtor fails to adequately protect the secured party's interest, § 362(d)(1), and, with respect to a stay of an act against property, the debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. § 362(d)(2).

Because the chapter 7 trustee filed a no asset report, the

motion will be granted as to the trustee. As to the debtor, she has equity in the property in excess of $9,000. As such, the motion requesting relief from the automatic stay as against the debtor shall be denied without prejudice.

Additionally, any attorney's fees and costs incurred in connection with this motion shall not be charged to the debtor because all of the requirements of 11 U.S.C. § 506(b) are not satisfied. Although movant holds an allowed secured claim and is oversecured, movant's request for attorneys' fees and costs is not reasonable under the circumstances. In light of the fact that movant's motion was unnecessary, the court denies movant's requests for attorney's fees and costs. The debtor is deemed to be the prevailing party for purposes of California Civil Code § 1717.

An appropriate order will issue.

Dated: October 27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Jessica Morales
712 W Onstott Road #141
Yuba City, CA 95991

Daryl Lander
4120 Cameron Park Drive #102
Cameron Park, CA 95682

Kenneth Sanders
P.O. Box 214205
Sacramento, CA 95821

Mortgage Electronic Registration Systems, Inc.
c/o Alvarado, Shapiro & Wilson LLP
4 Park Plaza, Suite 1230
Irvine, CA 92614

Office of the United States Trustee
United States Courthouse
501 I St., Suite 7-500
Sacramento, CA  95814

Dated: 10/31/05

_____
Deputy Clerk